**Order entered September 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01153-CV

## PHOENIX ENERGY, INC. AND JOSEPH J. RING, III, Appellants

## V.

## BREITLING ROYALTIES CORPORATION, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11432**

## ORDER

Before the Court is appellants' petition for interlocutory appeal and motion to stay trial.

We **ORDER** appellee to file any response no later than September 22, 2014.

/s/    ELIZABETH LANG-MIERS
       JUSTICE